

# Fourth Court of Appeals
## San Antonio, Texas

September 20, 2019

No. 04-18-00286-CV

Jimmy **MASPERO** and Regina Maspero, Individually, and as Next Friends of Wyitt Maspero, Wynnsday Maspero, Wesley Maspero, Deceased, and Walter Maspero, Deceased, Minor Children,
Appellants

v.

**CITY OF SAN ANTONIO,**
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI14946
Honorable David Peeples, Judge Presiding

# O R D E R

On September 12, 2019, appellee timely filed a Motion for Extension to File Motion for En Banc Reconsideration, requesting an extension until October 3, 2019. After consideration, we **GRANT** the motion. The new due date is October 3, 2019.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of September, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court